Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
Brian S. Epley, OSB No. 204790
bepley@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, Oregon 97201
Tele: (503) 224-3092
Fax: (503) 224-3167

*Attorneys for Defendant Levi Gray*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUNE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>MIKE REESE, Director Oregon Department of Corrections (ODOC); COLETTE PETERS, former Director Oregon Department of Corrections (ODOC); BRIAN BELLEQUE, ODOC Deputy Director (former); HEIDI STEWARD GOWER, ODOC Deputy Director; MICHAEL GOWER, ODOC Assistant Director of Operations (former); ROB PERSSON, ODOC Assistant Director Operations, ODOC Westside Institutions Administrator (former), Superintendent Coffee Creek Correctional Facility (CCCF) (former); PAULA MYERS, Superintendent Coffee Creek Correctional Facility (CCCF) (former); ERICKA SAGE, ODOC PREA Administrator; LEVI D. GRAY, Corrections Officer at CCCF (former); KELLEE MOORE, ODOC Behavioral Health Counselors and other employees; OREGON DEPARTMENT OF CORRECTIONS and the STATE OF OREGON, each sued in their individual and official capacities,<br><br>    Defendants. | Case No. 3:24-cv-02011-AB<br><br>**DEFENDANT LEVI D. GRAY'S NOTICE OF APPEAL** |

Page 1 – DEFENDANT LEVI D. GRAY'S NOTICE OF APPEAL

Notice is hereby given that defendant Levi D. Gray, in his individual capacity, in the above-named case hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's January 16, 2026 Opinion and Order (ECF No. 40) (the "Order") denying his Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 26) based on qualified immunity. Interlocutory review of this order is provided for as a matter of right under the collateral order doctrine.

A representation statement is attached hereto pursuant to 9th Cir. R. 3-2.

DATED: February 13, 2026.

                CABLE HUSTON LLP

                By: s/ Brian S. Epley
                    Jon W. Monson, OSB No. 102650
                    jmonson@cablehuston.com
                    Brian S. Epley, OSB No. 204790
                    bepley@cablehuston.com
                    1455 SW Broadway, Suite 1500
                    Portland, Oregon 97201
                    Tele: (503) 224-3092
                    Fax: (503) 224-3167

                    *Of Attorneys for Defendant Levi Gray*

**REPRESENTATION STATEMENT**

Pursuant to 9th Cir. R. 3-2, I hereby provide the following Representation Statement identifying all parties to the action along with the names, addresses, and telephone numbers of their respective counsel:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant Levi D. Gray | Jon W. Monson<br>Brian S. Epley<br>CABLE HUSTON LLP<br>1455 SW Broadway, Suite 1500<br>Portland, OR 97201-3412<br>Tel: (503) 224-3092<br>Fax: (503) 224-3176<br>jmonson@cablehuston.com<br>bepley@cablehuston.com |
| Plaintiff-Appellee June Doe | Ginger G. Mooney<br>GINGER G. MOONEY, LLC<br>1017 May Street, Suite 200<br>Hood River, OR 97031<br>Tel: (541) 716-5650<br>Fax: (541) 389-1585<br>contact@mooneylaw.org |
| Defendants Oregon Department of Corrections, State of Oregon, Brian Belleque, Colette Peters, Ericka Sage, Heidi Steward, Kellee Moore, Michael Gower, Mike Reese, Paula Myers, Rob Persson, | Jessica B. Spooner<br>OREGON DEPARTMENT OF JUSTICE<br>1162 Court Street<br>Salem, OR  97301<br>Tel: (503) 947-4700<br>jessica.b.spooner@doj.oregon.gov |

Page 1 – REPRESENTATION STATEMENT