DAN RAYFIELD
Attorney General
JESSICA B. SPOONER #105919
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Jessica.B.Spooner@doj.oregon.gov

Attorneys for Defendants, Belleque, Gower, Moore, Myers, Oregon Department of Corrections, Persson, Peters, Reese, Sage, State of Oregon, and Steward (collectively "State Defendants")

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JUNE DOE,<br><br>       Plaintiff,<br><br>    v.<br><br>MIKE REESE, et al.,<br><br>       Defendants. | Case No.  3:24-cv-02011-AB<br><br>STIPULATED MOTION TO DISMISS DEFENDANTS AND SUBSTITUTE THE STATE OF OREGON |

The parties hereby stipulate to dismissing the presently named defendants from this lawsuit and substituting in Defendant State of Oregon.

DATED March 9, 2026.

*s/ Ginger G. Mooney*
GINGER G. MOONEY #031261
Attorney for Plaintiff

*s/ Jessica B. Spooner*
JESSICA B. SPOONER #105919
Of Attorneys for State Defendants

*s/ Brian S. Epley*
JONATHAN W. MONSON #102650
BRIAN S. EPLEY #204790
Of Attorneys for Defendant Gray

Page 1 -    STIPULATED MOTION TO DISMISS DEFENDANTS AND SUBSTITUTE THE STATE OF OREGON
J9S/a4s/1012981344

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791