UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUNE DOE,

      Plaintiff - Appellee,

  v.

MIKE REESE, Director Oregon
Department of Corrections (ODOC); et al.,

      Defendants,

and

LEVI D. GRAY, Corrections Officer at
CCCF (former),

      Defendant - Appellant.

No. 26-973

D.C. No.
3:24-cv-02011-AB
District of Oregon,
Portland

ORDER

Pursuant to the stipulation of the parties (Docket Entry No. 6), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator